# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JUDITH PETTY                                                                 PLAINTIFF

v.                  Case No. 4:18-cv-00411-KGB

FIDELITY LIFE ASSOCIATION                                DEFENDANT

## ORDER

Before the Court is a joint motion for extension of discovery and adjournment of deadlines filed by plaintiff Judith Petty and defendant Fidelity Life Association (Dkt. No. 13). The parties represent that their counsel have conferred and agree that an extension of the discovery-related deadlines by 60 days is necessary due to, in part, a delay in receipt of medical records from third parties (*Id.*, ¶ 3). The parties represent that they also agree that all subsequent trial-related deadlines should be adjourned by 60 days to account for the extension of discovery (*Id.*, ¶ 4). The parties request that the Court grant the parties' joint motion as follows: (1) fact discovery should be completed no later than August 30, 2019; (2) case-in-chief expert disclosures, including reports, must be made by September 30, 2019; (3) rebuttal expert disclosures, including reports, must be made by November 4, 2019; (4) depositions concerning the disclosed experts must be completed by November 25, 2019; (5) a status report must be filed with the Clerk's office on or before December 16, 2019; (6) all motions, except motions for class certification and motions *in limine*, must be filed on or before December 16, 2019; (7) motions filed pursuant to *Daubert v. Merrel Dow Pharmaceuticals*, 509 U.S. 579 (1993), must be filed on or before December 16, 2019; (8) motions *in limine* must be filed on or before January 31, 2020, and responses must be filed seven days thereafter; (9) by agreement of the parties, all requests for a settlement conference must be made on or before September 30, 2019; (10) pretrial disclosure sheets must be filed simultaneously

by the parties according to the outline contained in Local Rule 26.2 no later than January 17, 2020; (11) objections to opposing parties' pretrial disclosure sheets will be due on January 24, 2020; (12) all trial briefs must be filed no later than January 17, 2020; (13) responding trial briefs must be filed no later than January 24, 2020; (14) the party proffering must designate the pertinent portions of a deposition to be used as evidence at trial by January 17, 2020; (15) counter-designations must be made by January 24, 2020; (16) objections to any deposition or videotapes that will be used at trial must be made by written motion indicating the specific objection and its legal basis by February 3, 2020, with the response due February 7, 2020; (17) the parties must submit an agreed set of jury instructions on specific issues in the case to the Court on or before February 7, 2020; (18) each party must submit to the Court on or before February 7, 2020, a concise statement of the case; (19) the parties should stipulate in writing to the facts not in controversy on or before February 7, 2020; and (20) the case should be scheduled for a jury trial commencing at 9:00 a.m. sometime during the week of February 17, 2020, or any subsequent date that the Court's schedule permits (*Id.*).

For good cause shown, the Court grants the motion (Dkt. No. 13). The Court removes this action from the trial calendar for the week of December 16, 2019. The Court will set new discovery and pretrial deadlines in accordance with the parties' requests as well as a new trial date by separate order.

It is so ordered this 19th day of June, 2019.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge