IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JUDITH PETTY                                                                                    PLAINTIFF

v.                              Case No. 4:18-cv-00411-KGB

FIDELITY LIFE ASSOCIATION                                                          DEFENDANT

## ORDER

Before the Court is a stipulation of dismissal (Dkt. No. 16). Counsel for plaintiff Judith Petty and counsel for defendant Fidelity Life Association have signed the stipulation (*Id.*, at 1). Accordingly, the stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal (Dkt. No. 16), and the Court dismisses with prejudice this action. Each party shall bear its own costs and attorneys' fees.

It is so ordered this 11th day of December, 2019.

_____
Kristine G. Baker
United States District Judge